**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS L. PRUITT,<br><br>    Petitioner,<br><br>  v.<br><br>ANDRE MATEVOUSIAN, Warden,<br><br>    Respondent. | Case No. 1:15-cv-00186-BAM  HC<br><br>ORDER DISMISSING CASE WITHOUT PREJUDICE<br><br>(Doc. 6) |

Petitioner, a federal prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241,[1] moves to dismiss the above-captioned case without prejudice. The Court has neither screened the petition nor ordered Respondent to file a response. As a result, Petitioner may dismiss the case without a court order. F.R.Civ.P. 41(a)(1).

Petitioner's having filed a motion to dismiss, however, it is hereby ORDERED that this case be dismissed without prejudice. The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

   Dated:   **September 17, 2015**             /s/ Barbara A. McAuliffe            _
                                              UNITED STATES MAGISTRATE JUDGE

---

[1] Pursuant to 28 U.S.C. § 636(c)(1), Petitioner consented, in writing, to the jurisdiction of a United States Magistrate Judge to conduct all further proceedings in this case, including the entry of final judgment.

1